UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES OF AMERICA,**

**Plaintiff,**                                    Civil Action No.

**v.**

**ANSHEI LUBAVITCH PRESCHOOL,**

**Defendant.**

## <u>COMPLAINT</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff, the United States of America, by and through its attorney, Jae Y. Kim, for the District of New Jersey hereby sets forth its Complaint against Defendant, Anshei Lubavitch Preschool (herein after "Defendant") and states as follows:

1. This court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury") on behalf of the U.S. Revenue & Receivables Operation, Office of Managing Director, Federal Communications Commission (herein after "FCC"). The debt was referred to the Treasury in accordance with the Debt Collections Improvement Act of 1996 (DCIA) (31 U.S.C. § 3701 *et seq.*).

3. Defendant, Anshei Lubavitch Preschool is a business located in Fair Lawn, New Jersey within the jurisdiction of this Court and may be served with service of process at 10-10 Plaza Road, Fair Lawn, New Jersey 07410.

### COUNT 1

4. On August 9, 2019, the FCC sent a Recovery of Improperly Disbursed Funds Letter to the Defendant for violations charged outlining each violation, the penalty per charge, and a violation calculations reference table explaining the criteria per violation in the amount of $31,303.00.  See Exhibit "A" attached hereto and incorporated herein.

5. On August 9, 2019, an Adjustment Report for each violation committed was sent to the Defendant. The report shows two (2) violations and a detail of each adjustment explanation. See Exhibit "B" attached hereto and incorporated herein.

6. On October 15, 2021, the FCC determined the Defendant was delinquent for Universal Service Fund contributions for funding year 2016 in the amount of $24,068.00.

7. On March 9, 2022, the FCC referred the debt to the Treasury for collection for a civil money penalty pursuant to violation with no daily accrual of interest or penalty, and administrative fees in the amount of $7,691.84 for a total due and owing of $31,759.84. See Exhibit "C" attached hereto and incorporated herein.

### Debt #1– TRFM14600119

8. The debt owed to the United States of America is as follows:

| | |
|---|---|
| Current Principal | $24,068.00 |
| Administrative Costs | $ 7,691.84 |
| **TOTAL DUE (as of 4/29/26)** | **$31,759.84** |

## COUNT 2

9.  On October 15, 2021, the FCC determined the Defendant was delinquent for Universal Service Fund contributions for funding year 2016 in the amount of $7,235.00.

10. On April 16, 2026, the FCC referred the debt to the Treasury for collection for a civil money penalty pursuant to violation with no daily accrual of interest or penalty, and administrative fees in the amount of $2,312.22 for a total due and owing of $9,547.22. See Exhibit "C" attached hereto and incorporated herein.

### Debt #2– TRFM14600121

11. The debt owed to the United States of America is as follows:

| | |
|---|---|
| Current Principal | $7,235.00 |
| Administrative Costs | $2,312.22 |
| **TOTAL DUE (as of 4/29/26)** | **$9,547.22** |

12. Demand has been made upon the Defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE**, the United States respectfully request that this Court enter a judgment again the Defendant for Debt #1– TRFM14600121in the amount of $31,759.84, and for Debt #2– TRFM14600121 in the amount of $9,547.22, for a total of $41,307.06, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post judgment interest pursuant to 28 U.S.C. §1961 and that interest on the judgment be at the legal rate until paid in full. For all attorney's fees to the extent allowed by law; filing fee of $400.00 as permitted by 28 U.S.C. § 2412 (a)(2); and for such other relief which the Court deems proper.

Respectfully submitted,


By:    /s/ Jae Y. Kim, Esq.
        Jae Y. Kim, Esq. (44651995)
        Attorney for Plaintiff
        Private Counsel – U.S. Department of Justice
        Schuerger Law Group
        130 Fort Lee Road
        Leonia, NJ 07605
        Phone: (201)488-8600
        Email Address: jkim@schuergerlaw.com
        Copies: efiling@schuergerlaw.com

Date:   8/10/26